| | | | |
|---|---|---|---|
| | AUSA: Andrew Picek | Telephone: | (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: ☐ Kimberly Olech, FBI | Telephone: | (313) 737-7447 |

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | | |
|---|---|---|
| United States of America<br>v.<br>Colin Harris | Case No. | Case: 2:21−mj−30513<br>Assigned To : Unassigned<br>Assign. Date : 11/1/2021<br>Description: RE: COLIN HARRIS (EOB) |

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 19, 2021__ in the county of __Eastern__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922 (g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See attached affidavit

☐ Continued on the attached sheet.

*Kimberly Olech*
Complainant's signature

Kimberly Olech, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __November 1, 2021__

*[signature]*
*Judge's signature*

City and state: __Detroit, Michigan__

Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kimberly Olech, having been duly sworn, state as follows:

1.     I am a Special Agent with the Federal Bureau of Investigation and have been so employed since 2018. I am currently assigned to the Detroit field office, assigned to the Violent Gang Task Force (VGTF) and charged with investigating gangs and narcotics trafficking. Prior to my present assignment, I was a police officer for the City of Tucson in Arizona.

2.     I am submitting this affidavit in support of a criminal complaint alleging that **COLIN HARRIS** has violated Title 18, United States Code Section 922(g)(1), Felon in Possession of a Firearm. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe the defendant committed the offense alleged in the complaint.

3.     This affidavit is based on my personal knowledge as well as information provided to me by other law enforcement agents and witnesses.

4.     On October 19, 2021 at approximately 4:39 PM the Detroit Police Department conducted a traffic stop on a red Chevrolet Malibu bearing registration EFZ7412. During the traffic stop an Officer observed the driver, COLIN HARRIS,

make several furtive gestures to his right, near the center console. HARRIS was unable to provide a valid driver's license and appropriate paperwork for the vehicle.  HARRIS and the one passenger were removed from the vehicle. The vehicle was searched, and a black handgun was discovered in a hidden compartment adjacent to the center console, where HARRIS was seen reaching during the traffic stop.  HARRIS and the passenger both advised they did not have a valid CPL.

5. The firearm that was located during the search was a Glock 26, 9mm, serial number AAEL196. The firearm was reported stolen in an Oakland County Sheriff's Office report on February 6, 2021.

6. HARRIS has been previously convicted of an offense that carries a possible punishment of greater than one year in prison and is therefore prohibited from possessing a firearm under 18 U.S.C. § 922(g)(1).  In 2019, he was convicted of Attempted Fleeing and Eluding – Third Degree in the 3rd Circuit Court in Detroit, Case Number 19-003204-01-FH, and was sentenced to probation on June 19, 2019.

7. On October 26, 2021, based on information that I provided, Alcohol Tobacco and Firearms (ATF) Special Agent Michael Jacobs, an Interstate Nexus Expert, reviewed the history of the above-noted firearm and a preliminary examination indicates that the firearm was most likely manufactured outside the

state of Michigan and thus, had previously traveled in interstate commerce.

8. Based on the facts set forth above, I believe that probable cause exists to conclude that **COLIN HARRIS** knowingly possessed a firearm as a felon, in violation of Title 18, U.S.C. Section 922(g)(1).

*Kimberly Olech*
Kimberly Olech
Special Agent, FBI

Sworn to before me and signed in my
presence and/or by reliable electronic means

_____
Honorable David R. Grand
United States Magistrate Judge
Dated: November 1, 2021